# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

**VIA ECF & E-MAIL**  July 18, 2024
Honorable Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Walter Stanzione*, 23 Cr. 482 (RPK)

Dear Judge Kovner:

     I represent Walter Stanzione (along with Donna Newman and Clara Kalhous) in the above-entitled matter and submit this letter to respectfully request a brief modification of Mr. Stanzione's bond conditions to permit him to travel to attend his daughter's wedding. The wedding events are scheduled to take place in Rehoboth Beach, Delaware, from October 10 through 13, 2024. I have conferred with Pretrial Services and the government and they have no objection to the temporary modification of Mr. Stanzione's curfew.

     Mr. Stanzione has already provided his Pretrial Services Officer a detailed itinerary of that weekend's events, including his intended lodging.

     Accordingly, we request that Mr. Stanzione's bond conditions be temporarily modified to permit him to travel to Rehoboth Beach, Delaware on October 10, 2024 and return to this District on October 13, 2024.

     Thank you for your consideration of this request.

                         Respectfully submitted,

                         *Ken Womble*

                         Ken Womble
                         Counsel for Walter Stanzione

Cc:    AUSA Erik Paulson
        AUSA Michael Gribaldi
        Pretrial Services Officer Kristina De Primo