UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING GUILTY PLEA |
| - against - | |
| WALTER STANZIONE, | Docket No. 23-CR-482 (RPK) |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant Walter Stanzione, offered on March 25, 2025, before United States Magistrate Judge Joseph A. Marutollo, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

IT IS HEREBY ORDERED that the guilty plea of the defendant Walter Stanzione, offered on March 25, 2025, before United States Magistrate Judge Joseph A. Marutollo, is accepted.

SO ORDERED

_____
THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
_____, 2025